**FILED**
August 21, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG 06-0226 DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| SOUKUANE SAELEE, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   SOUKUANE SAELEE  , Case No.   MAG 06-0226 DAD  , Charge   Title 18 USC § 1955 (a)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   _X_   Bail Posted in the Sum of $100,000.00

       _X_   Unsecured Appearance Bond

       ___   Appearance Bond with 10% Deposit

       ___   Appearance Bond with Surety

       ___   Corporate Surety Bail Bond

       _X_   (Other)  unsecured appearance bond to be secured with a $100,000 secured bond within two to weeks of today's date and pretrial supervision.

Issued at   Sacramento, CA   on   August 21, 2006   at   1:50   pm  .

By   *Dale A. Drozd*
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal